**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM HUTCHINS; COMPLETE** | § | |
| **ROOFING SERVICES, INC. and** | § | |
| **BUILDERS & CONTRACTORS** | § | |
| **ASSOCIATION OF MISSISSIPPI** | § | **PLAINTIFFS** |
| | § | |
| | § | |
| **GEORGIA CASUALTY & SURETY CO.** | § | **INTERVENOR** |
| | § | |
| **v.** | § | **CAUSE NO. 1:05CV495 LG-RHW** |
| | § | |
| **FAIRCHILD ROOFING CO., INC.;** | § | |
| **ROBERT FAIRCHILD; TERRY** | § | |
| **FAIRCHILD; NEIL FAIRCHILD;** | § | |
| **CENTRAL GA EMPLOYMENT &** | § | |
| **PAYROLL SERVICES, LLC; MIDDLE** | § | |
| **GEORGIA PAYROLL SERVICES, LLC;** | § | |
| **DOHERTY, DUGGAN & ROUSE** | § | |
| **INSURORS, INC. and** | § | |
| **JOHN DOES I THROUGH X** | § | **DEFENDANTS** |

**JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55**

THIS CAUSE came on for hearing before the Court on Plaintiffs' Motion for Default

Judgment [20] against Defendant Central Georgia Employment and Payroll Services, LLC, the

issues having been duly heard and considered and a decision having been duly rendered in the

form of Findings of Fact and Conclusions of Law stated orally and recorded in open court

pursuant to FED.R.CIV.P. 52,

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiffs'  Motion for

Default Judgment [20] pursuant to FED. R. CIV. P. 55, should be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Plaintiffs shall recover of

Defendant Central Georgia Employment and Payroll Services, LLC, the sum of $2,352,676.47 in

compensatory damages, plus costs, with interest thereon at the rate of 2.35 percent as provided by

law, until paid in full.

      **IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate

process may issue for collection of this judgment.

      **SO ORDERED AND ADJUDGED** this the 8th day of July, 2008.


*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE