IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HUTCHINS; COMPLETE ROOFING SERVICES, INC. and BUILDERS & CONTRACTORS ASSOCIATION OF MISSISSIPPI | § § § § | PLAINTIFFS |
| GEORGIA CASUALTY & SURETY CO. | § § § | INTERVENOR |
| v. | § | CAUSE NO. 1:05CV495 LG-RHW |
| FAIRCHILD ROOFING CO., INC.; ROBERT FAIRCHILD; TERRY FAIRCHILD; NEIL FAIRCHILD; CENTRAL GA EMPLOYMENT & PAYROLL SERVICES, LLC; MIDDLE GEORGIA PAYROLL SERVICES, LLC; DOHERTY, DUGGAN & ROUSE INSURORS, INC. and JOHN DOES I THROUGH X | § § § § § § § § § § | DEFENDANTS |

## DECLARATORY JUDGMENT

THIS CAUSE came before the Court on July 8, 2008 for trial without a jury pursuant to FED. R. CIV. P. 52. The Court, after a full review and consideration of the evidence presented, pleadings on file, and the relevant legal authority, finds that in accord with the findings of fact and conclusions of law stated into the record at trial,

**IT IS ORDERED, ADJUDGED AND DECLARED** that Judgment is rendered in favor of the Intervenor, Georgia Casualty and Surety Company. Georgia Casualty and Surety Company owes no duty to defend nor indemnify any of the parties to this case. This matter is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 8th day of July, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE